


# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **METROPOLITAN PROPERTY & CASUALTY INS. CO.** | : | **DOCKET NO. 2:04 CV 1654** |
| **VS.** | : | **JUDGE MINALDI** |
| **ESTATE OF OLESKY M. VELIGUROV, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED that judgment by default is granted in accordance with Fed.R.Civ.Proc. 55(b)(2) against the defendants, Solomon Poban, Jefferson Davis Emergency Group, Lafayette General Hospital, Jennings American Legion Hospital, Medical Center of Louisiana at New Orleans and Medical Center of Louisiana at Lafayette.

Lake Charles, Louisiana, this 22 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE