
RECEIVED
IN LAKE CHARLES, LA
FEB 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY** | : | **DOCKET NO. 2:04 CV 1654** |
| VS. | : | JUDGE MINALDI |
| **THE ESTATE OF OLEKSIY M. VELIGROV, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment filed by Metropolitan Insurance Company ("Metropolitan") [doc. 83] IS DENIED.

Lake Charles, Louisiana, this 21 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE